IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | **4:15CR3039** |
| vs. | |
| DAVID PEREZ-RAYA, | **ORDER** |
| Defendant. | |

On behalf of the defendant, the government has moved to continue defendant's initial appearance. (Filing No. 9). As explained by counsel, the defendant cannot attend the hearing at the currently scheduled date and time. The motion to continue is unopposed. Based on the representation of counsel, the court finds the motion should be granted. Accordingly,

IT IS ORDERED:

1)    Government's motion to continue, (filing no. 9), is granted.

2)    The defendant's initial appearance will be held before the undersigned magistrate judge on September 2, 2015 at 2:45 p.m.. The defendant is ordered to appear at this hearing.

August 27, 2015.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge